UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>J. RUIZ, et al.,<br><br>        Defendants. | Case No.: 2:23-cv-01790-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

Pro se plaintiff Robert Young, who was formerly incarcerated in the custody of the Nevada Department of Corrections, initiated this action with an application to proceed *in forma pauperis* for inmates.  Docket No. 1.  Plaintiff has filed a change of address indicating that he is no longer incarcerated.  Docket No. 5.  The Court denies the application to proceed *in forma pauperis* for inmates as moot because Plaintiff is no longer incarcerated.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402 on or before **June 30, 2024**.

Accordingly, for the reasons stated above,

IT IS ORDERED that the application to proceed *in forma pauperis* for inmates, Docket No. 1, is **DENIED** as moot.

IT IS FURTHER ORDERED that, no later than **June 30, 2024**, Plaintiff will either: (1) file a fully complete application to proceed in forma pauperis for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed in forma pauperis by a non-prisoner, as well as the document entitled information and instructions for filing an in forma pauperis application.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows

1    Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

2    complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

3         IT IS SO ORDERED.

4         DATED:   May 29, 2024.

5

6

7                                        _____
                                         NANCY J. KOPPE
8                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28